IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 APR 30  AM 9: 42

CLERK'S OFFICE
AT BALTIMORE

BY _____KHO_____ DEPUTY

Tania Baker
1610 W. Balto St, apt 224
Baltimore, md, 21223-2585
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Mercy Medical Center
301 St. Paul Place
Balto. MD. 21202

Kevin Babb, Eric Davison, P.A.C.
Ari Kestler
*(Full name and address of the defendant(s))*
**Defendant(s)**

\*

\*

\*

\*

\*

\*

\*
\*\*\*\*\*\*

Civil No.: **CCB 12 CV 1309**
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) _amount of my surgery amounting to at least $50,000 if not more. It is a guess as to price estimate and for that purpose alone._

2. The facts of this case are:

that pharyngitis and pharyngonasal conditions were carelessly ignored. pharyngitis can be life threatening left untreated as noted in my attached complaint. Not to mention it's effect on my type 1 diabetes control and management. My death could've resulted as a result of their intended neglect and carelessness.

Sincerely,
Tonia Baker

3. The relief I want the court to order is:

☒ Damages in the amount of: $50,000 or more to cover my surgery

☒ An injunction ordering: that these neglectful employees be court ordered to pay for my surgery.

☐ Other (explain) and that those neglectful employees be court ordered to pay for it.

4/30/12
(Date)

Tania Baker
(Signature)

1010 W. Balto. St. apt 224

Balto md. 21223-2585

(443) 600-3445.

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 APR 30  AM 9:42

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

CCB 12 CV 1309

4/27/12

I Tonia Ball am filing and pursuing criminal negligence lawsuit proceedings against Mercy Medical Center for the following medical conditions which were maliciously and ignorantly ignored:

<u>pharyngitis</u> - inflamation of the mucous membrane of the throat also known as pharynx Sore throat swelling which almost has my throat swollen shut. My pharynx which is the cavity at the back of the mouth where the passages of the <u>nose</u>, <u>lungs</u>, and stomach begin therefore life threatening conditions can and do often exist in other case scenarios.

<u>pharyngeal tonsils</u> - inflamation of mucous membrane in children as well as adults known as adenoids. abnormal enlargement of tonsils a mass of lymphoid glandular tissue at the back of the (throat) pharynx.

<u>pharyngo nasal</u> - having to do with the pharynx and the nose. (Both)

nasal congestion in children as well as adults has caused chronic sleep apnea with insufficient oxygen levels. (hypoxemia)

<u>hypoxemia</u> - a low or deficient oxygen level in the blood which leads to heart attack or stroke.

4/27/12

as a result of such patient malpractice neglect a death could've and would've resulted therefore in my complaint I am requesting the following relief:

1) that surgery be scheduled as well as conducted by licensed qualified practitioner(s) on their grounds meaning hospital or I can and will be transferred as well as ambulanced to another facility with full medical assistance coverage under my Maryland Physician's Care as supported by hospital policy.

2) That I be compensated in the amount of my surgery by the neglectful physicians at Mercy Medical Center and chief of staff allowing this discrimination to have taken place on their hospital grounds.

3) That those employees be expected to attend patient neglect meetings in a means of prevention there of further lawsuits taking place as a result.

4) That those neglectful employees be expected to receive a pay cut as a result of their patient neglect practices.

5) That all relief be deemed hopefully and considerably reasonable under the laws of this state

4/27/12

6) I did not ask for employee firings out of compassionate kindness because of course I know they have families to care for as well as I.

7) My surgery should and could amount to at least 50,000 if not more and of course I am guessing just for estimate purposes.

Thank you most kindly and sincerely,

Tania Baker